1  **SARA PETERS** – SBN #260610
speters@walkuplawoffice.com
2  WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
3  San Francisco, CA 94108
Telephone:     (415) 981-7210
4  Facsimile:      (415) 391-6965

5  **WILLIAM F. MARTSON, JR.** - OSB #721634
rick.martson@tonkon.com
6  **RYAN M. BLEDSOE**, OSB #073296
ryan.bledsoe@tonkon.com
7  *Admitted Pro Hac Vice*
TONKON TORP LLP
8  888 SW Fifth Avenue, Suite 1600
Portland, OR 97204
9  Telephone: (503) 221-1440
Facsimile: (503) 274-8779
10
Attorneys for Defendant Barber Auto Sales, Inc.
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BARBER AUTO SALES, INC., a California corporation; and DOES 1-20, <br><br> Defendants. | **Case No. CV 12-02674 SI** <br><br> STIPULATED MOTION TO POSTPONE THE INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER THEREON |

Defendant requests postponement of the initial case management conference presently set for October 12, 2012, at 2:30 PM. Defendant's counsel has prior engagements that cannot reasonably be postponed or rescheduled. Good cause for this postponement exists. Plaintiffs' counsel stipulates to this Motion.

The parties are available on November 9, 2012; November 16, 2012; and November 23, 2012, for the rescheduled initial case management conference. Defendant's attorney,

/ / /

/ / /

Ryan M. Bledsoe of Tonkon Torp LLP, attests pursuant to Local Rule 5(i)(3) that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED:   October 2, 2012

IT IS SO STIPULATED:

| TONKON TORP LLP | SALTZMAN & JOHNSON LAW CORP. |
|---|---|
| By: /s/Ryan M. Bledsoe<br>WILLIAM F. MARTSON, JR.<br>RYAN M. BLEDSOE<br>Telephone:   (503) 221-1440<br>Facsimile:   (503) 274-8779<br>Email: rick.martson@tonkon.com<br>Email: ryan.bledsoe@tonkon.com<br><br>Attorneys for Defendant Barber Auto Sales, Inc | By: /s/Kimberly A. Hancock<br>KIMBERLY A. HANCOCK<br>Telephone:   (415) 882-7900<br>Facsimile:   (415) 882-9287<br>Email: khancock@sjlawcorp.com<br><br>Attorneys for Plaintiffs |

## ORDER GRANTING STIPULATED MOTION TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE

The Stipulated Motion to Postpone the Initial Case Management Conference came before this Court requesting the postponement of the initial case management conference presently set for October 12, 2012, at 2:30 PM. Defendants' Motion is GRANTED.

IT IS SO ORDERED that the initial case management conference is rescheduled to Nov. 30, 2012 at 2:30 p.m.

Dated:   10/3/12

*[signature: Susan Illston]*

THE HONORABLE SUSAN ILLSTON

3977008v.1