1  **SARA PETERS** – SBN #260610
   speters@walkuplawoffice.com
2  WALKUP, MELODIA, KELLY & SCHOENBERGER
   650 California Street, 26th Floor
3  San Francisco, CA 94108
   Telephone:    (415) 981-7210
4  Facsimile:    (415) 391-6965

5  **WILLIAM F. MARTSON, JR.** - OSB #721634
   rick.martson@tonkon.com
6  **RYAN M. BLEDSOE**, OSB #073296
   ryan.bledsoe@tonkon.com
7  *Admitted Pro Hac Vice*
   TONKON TORP LLP
8  888 SW Fifth Avenue, Suite 1600
   Portland, OR 97204
9  Telephone:  (503) 221-1440
   Facsimile:  (503) 274-8779
10
   Attorneys for Defendant Barber Auto Sales, Inc.
11

12                      **UNITED STATES DISTRICT COURT**

13                     **NORTHERN DISTRICT OF CALIFORNIA**

14
   AUTOMOTIVE INDUSTRIES PENSION TRUST          **Case No. CV 12-02674 SI**
15 FUND, et al.,
                                                STIPULATED MOTION TO
16                      Plaintiffs,             POSTPONE THE INITIAL CASE
                                                MANAGEMENT CONFERENCE;
17           v.                                 [~~PROPOSED~~] ORDER THEREON

18 BARBER AUTO SALES, INC., a California
   corporation; and DOES 1-20,
19
                        Defendants.
20 _____/

21          Defendant requests postponement of the initial case management conference

22 presently set for October 12, 2012, at 2:30 PM.  Defendant's counsel has prior engagements that

23 cannot reasonably be postponed or rescheduled.  Good cause for this postponement exists.  Plaintiffs'

24 counsel stipulates to this Motion.

25          The parties are available on November 9, 2012; November 16, 2012; and

26 November 23, 2012, for the rescheduled initial case management conference.  Defendant's attorney,

27 ///

28 ///

                                      -1-              CASE NO. CV 12-02674 SI

1   Ryan M. Bledsoe of Tonkon Torp LLP, attests pursuant to Local Rule 5(i)(3) that concurrence in the

2   filing of the document has been obtained from each of the other signatories.

3               DATED:    October 2, 2012

4        IT IS SO STIPULATED:

5   TONKON TORP LLP                                    SALTZMAN & JOHNSON LAW CORP.

6   By:  /s/Ryan M. Bledsoe                            By:  /s/Kimberly A. Hancock
         WILLIAM F. MARTSON, JR.                            KIMBERLY A. HANCOCK
7        RYAN M. BLEDSOE                                     Telephone:    (415) 882-7900
         Telephone:    (503) 221-1440                        Facsimile:    (415) 882-9287
8        Facsimile:    (503) 274-8779                        Email:  khancock@sjlawcorp.com
         Email:  rick.martson@tonkon.com
9        Email:  ryan.bledsoe@tonkon.com               Attorneys for Plaintiffs

10       Attorneys for Defendant Barber Auto
         Sales, Inc
11

12

13                ORDER GRANTING STIPULATED MOTION TO POSTPONE INITIAL
14                           CASE MANAGEMENT CONFERENCE

15          The Stipulated Motion to Postpone the Initial Case Management Conference came

16   before this Court requesting the postponement of the initial case management conference presently

17   set for October 12, 2012, at 2:30 PM.  Defendants' Motion is GRANTED.

18          IT IS SO ORDERED that the initial case management conference is rescheduled to

19   Nov. 30, 2012 _____ at 2:30 p.m.

20

21   Dated:    10/3/12

22                                                     THE HONORABLE SUSAN ILLSTON

23   3977008v.1

24

25

26

27

28

-2-                                    CASE NO. CV 12-02674 SI