IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND,<br><br>        Plaintiff,<br><br>  v.<br><br>BARBER AUTO SALES INC,<br><br>        Defendant.<br>_____/ | No. C 12-02674 SI<br>**& C-12-2676 SI**<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 8, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 1, 2013.

DESIGNATION OF EXPERTS: 9/2/13; REBUTTAL: 9/27/13
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 10/14/13.

DISPOSITIVE MOTIONS **SHALL** be filed by October 18, 2013;

    Opp. Due November 1, 2013; Reply Due November 8, 2013;

    and set for hearing no later than November 22, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 17, 2013 at 3:30 PM.

JURY TRIAL DATE: January 13, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court orally granted the related case motion previously filed.
C-12-2676 shall be referred to the Court's mediation program. The mediation session shall occur by the end of May 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/4/12

                                                                SUSAN ILLSTON
                                                                United States District Judge