IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F G CROSTHWAITE, | No. C 12-06178 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| GIACALONE ELECTRICAL SERVICES, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 12, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 18, 2013.

DESIGNATION OF EXPERTS: 8/30/13 ; REBUTTAL: 9/13/13.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 18, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by November 1, 2013;

   Opp. Due November 15, 2013;  Reply Due November 22, 2013;

   and set for hearing no later than December 6, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 4, 2014 at 3:30 PM.

COURT TRIAL DATE: February 18, 2014 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defendant Giacalone Electrical has not been served.
The parties will participate in the mediation in May 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/11/13

SUSAN ILLSTON
United States District Judge