IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F G CROSTHWAITE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GIACALONE ELECTRICAL SERVICES,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 12-06178 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 12, 2013</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 18, 2013</u>.

DESIGNATION OF EXPERTS: <u>8/30/13</u> ; REBUTTAL: <u>9/13/13</u>.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>October 18, 2013</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>November 1, 2013</u>;

　　　Opp. Due <u>November 15, 2013</u>;  Reply Due <u>November 22, 2013</u>;

　　　and set for hearing no later than <u>December 6, 2013</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>February 4, 2014</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>February 18, 2014</u> at <u>8:30 AM.</u>,
　　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defendant Giacalone Electrical has not been served.
The parties will participate in the mediation in May 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/11/13

　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge